Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Lonnie R. Ohler**
**Karen W. Ohler**
    Debtor(s)

Bankruptcy Case No.: 16–10054–TPA
Related to Docket No. 66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: September 4, 2018 at 01:30 PM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **August 3, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **August 24, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **September 4, 2018** at **01:30 PM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 19, 2018

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                        Case No. 16-10054-TPA
Lonnie R. Ohler                                                               Chapter 13
Karen W. Ohler
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: jmar                    Page 1 of 3                  Date Rcvd: Jun 19, 2018
                              Form ID: 213                  Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2018.
db/jdb        +Lonnie R. Ohler,    Karen W. Ohler,    662 Jackson Center Polk Road,     Stoneboro, PA 16153-3112
14166615     ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,       845 23rd St,    Aliquippa, PA 15001)
14179581     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,       PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit Financial Services Inc.,       Po Box 183853,
                Arlington, TX 76096)
14192891      +Allied Adjustors, Inc.,    PO BOX 1006,    Aliquippa, PA 15001-0806
14174988      +AmeriCredit Financial Services, Inc. dba GM Financ,       P O Box 183853,
                Arlington, TX 76096-3853
14166616       Beneficial,    P.O. Box 8873,    Virginia Beach, VA 23450-8873
14166617      +Beneficial/HFC,    P.O. Box 1547,    Chesapeake, VA 23327-1547
14166619     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,     1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,      300 Saint Paul Pl,    Baltimore, MD 21202)
14166618      +Cingular Wireless,    5720 PeachTree RD Suite 300,      Norcross, GA 30092-2813
14217330       CitiFinancial Servicing LLC,     P.O. Box 6043,    Sioux Falls, SD 57117-6043
14166622      +Dish Network,    404 Brock Drive,    PO Box 3097,    Bloomington, IL 61702-3097
14166623      +Diversified,    PO Box 200,    Greensburg, PA 15601-0200
14166624      +Diversified Collection,    Post Office Box 200,     Greensburg, PA 15601-0200
14166628      +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
14166629      +Ferrellgas - 300043,    P.O. Box 517,    Liberty, MO 64069-0517
14179596      +Filer Plumbing,    620 East Main Street Extension,      Grove City, PA 16127-6344
14166631      +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14166632      +Grove City Medical Center,    631 N. Broad Street Ext.,     Grove City, PA 16127-4603
14166634      +Internal Revenue Service,    Attn: Bankruptcy Unit,     Box 955 Stop 335D,
                Atlanta, GA 30301-0955
14166636       Meritain Health,    P.O. Box 9501,    Amherst, NY 14226-9501
14166637     #+Northwest Cons Disc Co,    PO Box 1178,    Hermitage, PA 16148-0178
14166638     #+Northwest Consumer Discount Company,     395 North Hermitage Road,     P.O. Box 1178,
                Hermitage, PA 16148-0178
14166639      +Oxford Collection Services,    135 Maxess Road,     Melville, NY 11747-3801
14166640       Oxford Managment Services,    PO Box 18060,    Hauppauge, NY 11788-8860
14166641       Physicians in Radiology,    7 Acee Drive,    Natrona Heights, PA 15065-9700
14236044      +Upmc Community Medicine,    6681 Country Club Drive,     Golden Valley MN 55427-4601
14166626       eCAST Settlement Corp.,    Post Office Box 35480,     Newark, NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14166614      +E-mail/Text: EBNProcessing@afni.com Jun 20 2018 02:37:07      AFNI Inc.,    404 Brock Drive,
                P.O. Box 3517,    Bloomington, IL 61702-3517
14166620      +E-mail/Text: abovay@creditmanagementcompany.com Jun 20 2018 02:37:22       Credit Management Co,
                2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14166621      +E-mail/Text: abovay@creditmanagementcompany.com Jun 20 2018 02:37:22       Credit Management Co.,
                2121 Noblestown Road,    Attn: Leo Kane,   Pittsburgh, PA 15205-3956
14166625      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 02:42:02       East Bay Funding,
                c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14235168      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 02:42:24
                East Bay Funding, LLC its successors and assigns,      as assignee of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
14166627      +E-mail/Text: bankruptcy@erieinsurance.com Jun 20 2018 02:37:45      Erie Insurance,
                Collection Department,    100 Erie Insurance Place,     Erie, PA 16530-0001
14166628      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 20 2018 02:36:21       Fashion Bug/Soanb,
                1103 Allen Dr,    Milford, OH 45150-8763
14166630      +E-mail/PDF: gecsedi@recoverycorp.com Jun 20 2018 02:41:53      Gecrb/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
14166635       E-mail/Text: cio.bncmail@irs.gov Jun 20 2018 02:36:13      Internal Revenue Service,
                Office of District Counsel,    1000 Liberty Center Suite 601-C,     Pittsburgh, PA 15222
14166643       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2018 02:42:25
                Roundup Funding, LLC,    MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wilmington Savings Fund Society, FSB, as trustee o
14179579*     +AFNI Inc.,    404 Brock Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
14179580*    ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
              (address filed with court: Allied Adjustors,       845 23rd St,    Aliquippa, PA 15001)
14179582*      Beneficial,    P.O. Box 8873,    Virginia Beach, VA 23450-8873
14179583*     +Beneficial/HFC,    P.O. Box 1547,    Chesapeake, VA 23327-1547
14179585*    ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,     1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
              (address filed with court: Citifinancial,      300 Saint Paul Pl,    Baltimore, MD 21202)
14179584*     +Cingular Wireless,    5720 PeachTree RD Suite 300,      Norcross, GA 30092-2813
14179586*     +Credit Management Co,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14179587*     +Credit Management Co.,    2121 Noblestown Road,    Attn: Leo Kane,    Pittsburgh, PA 15205-3956
14179588*     +Dish Network,    404 Brock Drive,    PO Box 3097,    Bloomington, IL 61702-3097
14179589*     +Diversified,    PO Box 200,    Greensburg, PA 15601-0200
```

```
District/off: 0315-1           User: jmar                    Page 2 of 3                   Date Rcvd: Jun 19, 2018
                               Form ID: 213                  Total Noticed: 36


              ***** BYPASSED RECIPIENTS (continued) *****
14179590*       +Diversified Collection,    Post Office Box 200,    Greensburg, PA 15601-0200
14179591*       +East Bay Funding,   c/o Resurgent Capital Services,     PO Box 288,   Greenville, SC 29602-0288
14179593*       +Erie Insurance,    Collection Department,    100 Erie Insurance Place,    Erie, PA 16530-0001
14179594*       +Fashion Bug/Soanb,    1103 Allen Dr,    Milford, OH 45150-8763
14179595*       +Ferrellgas - 300043,    P.O. Box 517,    Liberty, MO 64069-0517
14179597*       +Gecrb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
14179598*       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
14179600*       +Grove City Medical Center,    631 N Broad St Ext,    Grove City, PA 16127-4603
14179599*       +Grove City Medical Center,    631 N. Broad Street Ext.,    Grove City, PA 16127-4603
14179603*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Office of District Counsel,
                 1000 Liberty Center Suite 601-C,    Pittsburgh, PA 15222)
14166633*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
14179601*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    P.O. Box 21125,
                 Philadelphia, PA 19114)
14179602*       +Internal Revenue Service,    Attn: Bankruptcy Unit,    Box 955 Stop 335D,
                 Atlanta, GA 30301-0955
14179604*        Meritain Health,   P.O. Box 9501,    Amherst, NY 14226-9501
14179605*       +Northwest Cons Disc Co,    PO Box 1178,    Hermitage, PA 16148-0178
14179606*       +Northwest Consumer Discount Company,     395 North Hermitage Road,    P.O. Box 1178,
                 Hermitage, PA 16148-0178
14179607*       +Oxford Collection Services,    135 Maxess Road,    Melville, NY 11747-3801
14179608*        Oxford Managment Services,    PO Box 18060,    Hauppauge, NY 11788-8860
14179609*        Physicians in Radiology,    7 Acee Drive,    Natrona Heights, PA 15065-9700
14179610*        RMS,   55 Shuman Road,    P.O. Box 3099,    Naperville, IL 60566-7099
14179611*        Roundup Funding, LLC,    MS 550,   P.O. Box 91121,    Seattle, WA 98111-9221
14179592*        eCAST Settlement Corp.,    Post Office Box 35480,    Newark, NJ 07193-5480
14166642       ##RMS,   55 Shuman Road,    P.O. Box 3099,    Naperville, IL 60566-7099
                                                                                              TOTALS: 1, * 32, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Lonnie R. Ohler ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Karen W. Ohler ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-1          User: jmar              Page 3 of 3            Date Rcvd: Jun 19, 2018
                              Form ID: 213            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 5