LOCAL BANKRUPTCY FORM NO. 24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10054-TPA |
| **Lonnie R. Ohler and** | : | |
| **Karen W. Ohler,** | : | Chapter No. 13 |
|           **Debtors** | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | Related to Docket No. 70 |
| **McElrath Legal Holdings, LLC,** | : | |
|           **Applicant** | : | |
|     vs. | : | Hearing Date and Time: |
| | : | September 19, 2018 at 11:30 AM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
|           **Respondent** | : | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents Lonnie R. Ohler and Karen W. Ohler.
2. This is (check one)
       _____ a final application
       __X__ an interim application
   for the period January 20, 2016 to August 1, 2018
3. Previous retainer paid to Applicant: $500.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $2,510.00 for Total Compensation of $6,510.00
   Total Expenses Used $500.00.
6. A hearing on the Application will be held in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 at 11:30 a.m., on September 19, 2018.
7. Any written objections must be filed with the Court and served on the Applicant on or before August 20, 2018 (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: August 1, 2018            Applicant or Attorney for Applicant:

                                                                                         /s/ Paul W. McElrath
                                                                                        Paul W. McElrath, Esquire
                                                                                        PA I.D. # 86220
                                                                                        McElrath Legal Holdings, LLC
                                                                                        1641 Saw Mill Run Boulevard
                                                                                        Pittsburgh, PA  15210
                                                                                        Tel: 412.765.3606