FILED
12/6/18 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Lonnie R. and Karen W. Ohler
Case Number: 16-10054    Chapter: 13
Date / Time / Room: December 4, 2018 at 2:30 p.m., Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:** #66 - Cont. Trustee's Certificate of Default to Dismiss
#69 - Final Confirmation on Amended Plan dated 7/31/18 (FC)

### *Appearances:*

Debtor: McElrath
Trustee: Winnecour / Katz / Pail / DeSimone
Creditor:

*[Handwritten: Very sporadic payments. No payments since August 2018. Plan does not appear feasible]*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **3/5/19** at **2:00 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Other:

*[Handwritten: L23c Net income = $775. Plan payment needs to be $1390/mo per Tee's calc]*

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:_____

*[Handwritten: Con H to 3/5/19 to monitor payments. ... for payments of $1390]*