FILED
3/7/19 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

|  |  |
|---|---|
| Debtor(s): | Lonnie R. Ohler |
|  | Karen W. Ohler |
| Case Number: | 16-10054-TPA   (Chapter 13) |
| Date / Time / Room: | 03/05/2019 02:00 pm /Bankruptcy Courtroom |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**_Matter:_**   #66 - Cont. Trustee's Certificate of Default to Dismiss
#69 - Final Confirmation on Amended Plan dated 7/31/18 (FC)

_[handwritten: plan arrears thru 2/19 are $6360. Last pymnt was 12/4/18. Per Counsel, Debtors not returning calls. Plan pymnt would need to be increased. Plan does not seem feasible.]_

**_Appearances:_**

Debtor:
Trustee:          Winnecour / Katz / Pail / DeSimone
Creditor:

**_Proceedings:_**

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _✓_ Plan/Motion continued to _3/27/19_ at _12:00pm_.   _[handwritten: Contested]_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. _✓_ Other: _[handwritten: Trustee requests dismissal absent showing of feasible plan.]_

**For Judge Agresti cases:**
Student Loan Debt:  If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to
that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:

_____