Case 16-10054-TPA    Doc 83    Filed 03/29/19    Entered 03/29/19 10:50:45    Desc Main
Document      Page 1 of 1

FILED
3/29/19 10:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-10054-TPA |
| | : | |
| Lonnie R. Ohler | : | Chapter: 13 |
| Karen W. Ohler | : | |
| *Debtor(s).* | : | |
| | : | Date: 3/27/2019 |
| | : | Time: 12:00 |

### PROCEEDING MEMO

**MATTER:** #69 Contested Amended Plan dated 7/31/18

**APPEARANCES:**
    Debtor: T. Corey Zutz
    Trustee: Owen Katz

**NOTES:**

Katz:

**OUTCOME:** Trustee's oral motion for dismissal w/o prejudice is GRANTED.

jlm