**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Lonnie R. Ohler** | : | Case No. 16−10054−TPA |
| **Karen W. Ohler** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per March 27, 2019 hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

   **AND NOW,** this ***The 29th of March, 2019,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10054-TPA
Lonnie R. Ohler                                                           Chapter 13
Karen W. Ohler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar          Page 1 of 2          Date Rcvd: Mar 29, 2019
                             Form ID: 309         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
```
db/jdb        +Lonnie R. Ohler,    Karen W. Ohler,    662 Jackson Center Polk Road,    Stoneboro, PA 16153-3112
14166615      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                (address filed with court: Allied Adjustors,    845 23rd St,    Aliquippa, PA 15001)
14192891      +Allied Adjustors, Inc.,    PO BOX 1006,    Aliquippa, PA 15001-0806
14174988      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14166619      ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
14166618      +Cingular Wireless,    5720 PeachTree RD Suite 300,    Norcross, GA 30092-2813
14217330       CitiFinancial Servicing LLC,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
14166622      +Dish Network,    404 Brock Drive,    PO Box 3097,    Bloomington, IL 61702-3097
14166623      +Diversified,    PO Box 200,    Greensburg, PA 15601-0200
14166624      +Diversified Collection,    Post Office Box 200,    Greensburg, PA 15601-0200
14166629      +Ferrellgas - 300043,    P.O. Box 517,    Liberty, MO 64069-0517
14179596      +Filer Plumbing,    620 East Main Street Extension,    Grove City, PA 16127-6344
14166632      +Grove City Medical Center,    631 N. Broad Street Ext.,    Grove City, PA 16127-4603
14166634      +Internal Revenue Service,    Attn: Bankruptcy Unit,    Box 955 Stop 335D,
                Atlanta, GA 30301-0955
14166636       Meritain Health,    P.O. Box 9501,    Amherst, NY 14226-9501
14166639      +Oxford Collection Services,    135 Maxess Road,    Melville, NY 11747-3801
14166640       Oxford Managment Services,    PO Box 18060,    Hauppauge, NY 11788-8860
14166641       Physicians in Radiology,    7 Acee Drive,    Natrona Heights, PA 15065-9700
14236044      +Upmc Community Medicine,    6681 Country Club Drive,    Golden Valley MN 55427-4601
14960080      +Wilmington Savings Fund Society, FSB,at al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14166614      +EDI: AFNIRECOVERY.COM Mar 30 2019 06:28:00      AFNI Inc.,    404 Brock Drive,    P.O. Box 3517,
                Bloomington, IL 61702-3517
14179581       EDI: PHINAMERI.COM Mar 30 2019 06:28:00      Americredit Financial Services Inc.,
                Po Box 183853,    Arlington, TX 76096
14166616       EDI: HFC.COM Mar 30 2019 06:28:00      Beneficial,    P.O. Box 8873,
                Virginia Beach, VA 23450-8873
14166617      +EDI: HFC.COM Mar 30 2019 06:28:00      Beneficial/HFC,    P.O. Box 1547,
                Chesapeake, VA 23327-1547
14166620      +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 30 2019 02:45:53
                Credit Management Co,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14166621      +E-mail/Text: vmcpherson@creditmanagementcompany.com Mar 30 2019 02:45:53
                Credit Management Co.,    2121 Noblestown Road,    Attn: Leo Kane,    Pittsburgh, PA 15205-3956
14166625      +EDI: RESURGENT.COM Mar 30 2019 06:28:00      East Bay Funding,    c/o Resurgent Capital Services,
                PO Box 288,    Greenville, SC 29602-0288
14235168      +EDI: RESURGENT.COM Mar 30 2019 06:28:00      East Bay Funding, LLC its successors and assigns,
                as assignee of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 288,
                Greenville, SC 29602-0288
14166627      +E-mail/Text: bankruptcy@erieinsurance.com Mar 30 2019 02:46:14      Erie Insurance,
                Collection Department,    100 Erie Insurance Place,    Erie, PA 16530-0001
14166628      +EDI: WFNNB.COM Mar 30 2019 06:28:00      Fashion Bug/Soanb,    1103 Allen Dr,
                Milford, OH 45150-8763
14166630      +EDI: RMSC.COM Mar 30 2019 06:33:00      Gecrb/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
14166631      +EDI: PHINAMERI.COM Mar 30 2019 06:28:00      Gm Financial,    Po Box 181145,
                Arlington, TX 76096-1145
14166635       EDI: IRS.COM Mar 30 2019 06:33:00      Internal Revenue Service,    Office of District Counsel,
                1000 Liberty Center Suite 601-C,    Pittsburgh, PA 15222
14166643       EDI: RESURGENT.COM Mar 30 2019 06:28:00      Roundup Funding, LLC,    MS 550,    P.O. Box 91121,
                Seattle, WA 98111-9221
14166626       EDI: ECAST.COM Mar 30 2019 06:28:00      eCAST Settlement Corp.,    Post Office Box 35480,
                Newark, NJ 07193-5480
                                                                                          TOTAL: 15
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Wilmington Savings Fund Society, FSB, as trustee o
14179579*     +AFNI Inc.,    404 Brock Drive,    P.O. Box 3517,    Bloomington, IL 61702-3517
14179580*     ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
                (address filed with court: Allied Adjustors,    845 23rd St,    Aliquippa, PA 15001)
14179582*      Beneficial,    P.O. Box 8873,    Virginia Beach, VA 23450-8873
14179583*     +Beneficial/HFC,    P.O. Box 1547,    Chesapeake, VA 23327-1547
14179585*     ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
                (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
14179584*     +Cingular Wireless,    5720 PeachTree RD Suite 300,    Norcross, GA 30092-2813
14179586*     +Credit Management Co.,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14179587*     +Credit Management Co.,    2121 Noblestown Road,    Attn: Leo Kane,    Pittsburgh, PA 15205-3956
14179588*     +Dish Network,    404 Brock Drive,    PO Box 3097,    Bloomington, IL 61702-3097
14179589*     +Diversified,    PO Box 200,    Greensburg, PA 15601-0200
```

```
District/off: 0315-1          User: jmar              Page 2 of 2              Date Rcvd: Mar 29, 2019
                              Form ID: 309            Total Noticed: 35
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
14179590*     +Diversified Collection,   Post Office Box 200,   Greensburg, PA 15601-0200
14179591*     +East Bay Funding,   c/o Resurgent Capital Services,   PO Box 288,   Greenville, SC 29602-0288
14179593*     +Erie Insurance,   Collection Department,   100 Erie Insurance Place,   Erie, PA 16530-0001
14179594*     +Fashion Bug/Soanb,   1103 Allen Dr,   Milford, OH 45150-8763
14179595*     +Ferrellgas - 300043,   P.O. Box 517,   Liberty, MO 64069-0517
14179597*     +Gecrb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
14179598*     +Gm Financial,   Po Box 181145,   Arlington, TX 76096-1145
14179600*     +Grove City Medical Center,   631 N Broad St Ext,   Grove City, PA 16127-4603
14179599*     +Grove City Medical Center,   631 N. Broad Street Ext.,   Grove City, PA 16127-4603
14179603*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   Office of District Counsel,
               1000 Liberty Center Suite 601-C,   Pittsburgh, PA 15222)
14166633*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   P.O. Box 21125,
               Philadelphia, PA 19114)
14179601*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   P.O. Box 21125,
               Philadelphia, PA 19114)
14179602*     +Internal Revenue Service,   Attn: Bankruptcy Unit,   Box 955 Stop 335D,
               Atlanta, GA 30301-0955
14179604*      Meritain Health,   P.O. Box 9501,   Amherst, NY 14226-9501
14179605*     +Northwest Cons Disc Co,   PO Box 1178,   Hermitage, PA 16148-0178
14179606*     +Northwest Consumer Discount Company,   395 North Hermitage Road,   P.O. Box 1178,
               Hermitage, PA 16148-0178
14179607*     +Oxford Collection Services,   135 Maxess Road,   Melville, NY 11747-3801
14179608*      Oxford Managment Services,   PO Box 18060,   Hauppauge, NY 11788-8860
14179609*      Physicians in Radiology,   7 Acee Drive,   Natrona Heights, PA 15065-9700
14179610*      RMS,   55 Shuman Road,   P.O. Box 3099,   Naperville, IL 60566-7099
14179611*     +Roundup Funding, LLC,   MS 550,   P.O. Box 91121,   Seattle, WA 98111-9221
14179592*      eCAST Settlement Corp.,   Post Office Box 35480,   Newark, NJ 07193-5480
14166637     ##+Northwest Cons Disc Co,   PO Box 1178,   Hermitage, PA 16148-0178
14166638     ##+Northwest Consumer Discount Company,   395 North Hermitage Road,   P.O. Box 1178,
               Hermitage, PA 16148-0178
14166642      ##RMS,   55 Shuman Road,   P.O. Box 3099,   Naperville, IL 60566-7099
                                                                          TOTALS: 1, * 32, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, as trustee of
                Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.   on behalf of Debtor Lonnie R. Ohler  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.   on behalf of Joint Debtor Karen W. Ohler  ecf@mcelrathlaw.com,
                donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 5
```