**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    LONNIE R. OHLER
    KAREN W. OHLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:16-10054 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/25/2016 and confirmed on 03/16/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,614.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,614.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,064.73 | |
|   Trustee Fee | 463.96 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,528.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 3,240.00 | 0.00 | 3,240.00 |
|     Acct: 1707 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 2,407.76 | 0.00 | 0.00 | 0.00 |
|     Acct: 1707 | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA G | 5,697.09 | 1,142.63 | 789.86 | 1,932.49 |
|     Acct: 2335 | | | | |
|   NORTHWEST CONSUMER DISCOUNT CO** | 8,423.80 | 1,747.71 | 1,165.11 | 2,912.82 |
|     Acct: 0138 | | | | |
| | | | | 8,085.31 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LONNIE R. OHLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 2,500.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1-18 | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 2,064.73 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | * * * N O N E * * * | | | |
| Unsecured | | | | | |
| | ALLIED ADJUSTORS | 48.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 3247 | | | | |
| | BENEFICIAL/HFC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2162 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7047 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5530 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7043 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2927 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0026 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5530 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2424 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4018 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1450 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6834 | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4015 | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8943 | | | | |
| | DIVERSIFIED COLLECTIONS*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4195 | | | | |
| | EAST BAY FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2162 | | | | |
| | ERIE INSURANCE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4675 | | | | |
| | FERRELLGAS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4224 | | | | |
| | FILER PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0008 | | | | |
| | GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1200 | | | | |
| | GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9141 | | | | |
| | GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9049 | | | | |
| | GROVE CITY MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2521 | | | | |
| | MERITAIN HEALTH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 00DE | | | | |
| | MERITAIN HEALTH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 00DE | | | | |
| | OXFORD COLLECTION SVC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 61N1 | | | | |
| | PHYSICIANS IN RADIOLOGY ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1540 | | | | |
| | ROUNDUP FUNDING LLC* | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-10054 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Acct: 7102 EAST BAY FUNDING LLC - ASSIGNEE | 2,093.83 | 0.00 | 0.00 | 0.00 |
| Acct: 4905 UPMC COMMUNITY MEDICINE | 457.60 | 0.00 | 0.00 | 0.00 |
| Acct: 2453 AMERICREDIT FNCL SVCS INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   FASHION BUG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1948 WAL MART++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7571 INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1626 NORTHWEST CONSUMER DISCOUNT CO** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0970 AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   BENEFICIAL FINANCE/CDC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   AT&T/CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct:   RMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\* N O N E \*\*\*

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 8,085.31 |

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 16,528.65 |
| UNSECURED | 2,599.83 |

Date: 05/17/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com